O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

link #64

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-5767 PSG (AJWx) | Date | Sept. 9, 2008 |
|---|---|---|---|
| Title | United States v. Gunter M. Zielke, et al. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(In Chambers) Order on Plaintiff's "Request for Approval of Substitution of Attorney"**

I.    <u>Background</u>

Maximilian Sandor ("Sandor") is the non-lawyer trustee for Defendant Gunter M. Zielke, et al. ("Defendant").  Sandor has requested to substitute himself as the pro se attorney for Defendant, a trust.

II.    <u>Discussion</u>

A trustee cannot represent another entity, such as a trust, in federal court.  28 U.S.C. § 1654 states, "In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct cases therein."

Based on federal law, a non-lawyer trustee cannot represent a trust.  *See C.E. Pope Equity Trust v. U.S.*, 818 F.2d 696, 697–98 (9th Cir. 1997) (stating "[h]e may not claim that his status as a trustee includes the right to present arguments pro se in federal court."); *see also Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347–48 (8th Cir. 1994) (holding that a trustee pro se who was not a lawyer had no right to represent the trust).

In addition, based on California case law, a trustee cannot represent its own trust.  When a trustee is not a licensed attorney, he may not appear on behalf of the trust.  *Ziegler v. Nickel*, 75 Cal. Rptr. 2d 312, 314–15 (1998).  Further, a corporation cannot represent itself: "In California,

**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**link #64**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5767 PSG (AJWx) | Date | Sept. 9, 2008 |
|---|---|---|---|
| Title | United States v. Gunter M. Zielke, et al. | | |

a corporation may not represent itself, except in a small claims proceeding.  This prohibition stems from the notion a corporate representative who would likely appear on behalf of the corporation would be engaged in the unlicensed practice of law."  *Gamet v. Blanchard*, 111 Cal. Rptr. 2d 439, 445 n. 5 (2001), *citing Merco Constr. Eng'rs, Inc. v. Municipal Court*, 581 P.2d 636 (Cal. 1978).

For the foregoing reasons, the Court rejects Sandor's request to substitute himself as Defendant's pro se attorney.

**IT IS SO ORDERED.**