THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
　　Room 7211 Federal Building
　　300 North Los Angeles Street
　　Los Angeles, CA 90012
　　Telephone: (213) 894-4600
　　Facsimile: (213) 894-0115
　　Email: Gavin.Greene@usdoj.gov

E-FILED 1/22/09

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| United States of America, | ) Case No. CV07-05767 PSG (AJWx) |
| Plaintiff, | ) |
| vs. | ) [~~Proposed~~] Judgment Reducing Tax Assessments to Judgment |
| Gunter M. Zielke, et al., | ) [No hearing required] |
| Defendants. | ) |

　　Based on the Stipulation to Reduce Tax Assessments to Judgment:

　　1.　On September 5, 2007, the United States filed its Complaint to Reduce Federal Tax Assessments to Judgment, to Set Aside Fraudulent or Nominee Transfers and to Foreclose Federal Tax Liens on Real Property (Complaint).

1

2. As of January 26, 2009, the balance due to the United States from Gunter and Prapapun Zielke is as follows:

| | | |
|---|---:|---:|
| Taxable Income | 12,194.00 | 14,125.00 |
| Income Tax | 1,826.00 | 2,119.00 |
| Self Employment Tax | 5,773.00 | 6,410.00 |
| Total Tax | 7,599.00 | 8,529.00 |
| Delinquency Penalty | 1,139.85 | 1,279.35 |
| Failure to Pay Penalty | 1,899.75 | 2,132.25 |
| Accuracy Related Penalty | 1,519.80 | 1,705.80 |
| Interest to 1/26/09 | 14,982.87 | 14,135.89 |
| Balance Due as of 1/26/09 | 27,141.27 | 27,782.29 |

3. Interest continues to accrue as allowed by law.

4. The balance due to the United States, plus accrued penalties and interest, is reduced to judgment against Gunter and Prapapun Zielke, resolving the First Cause of Action in favor of the United States.

5. Gunter and Prapapun Zielke are jointly and severally liable to the United States.

1  6. As between plaintiff United States of America, Gunter
2  Zielke, and Prapapun Zielke, each party shall bear its own costs and
3  attorney's fees in connection with this case.
4
5  **IT IS SO ORDERED.**
6
7
8  DATED: 01-21-09                              **PHILIP S. GUTIERREZ**
9                                                PHILIP S. GUTIERREZ
                                                  United States District Judge
10
11  Respectfully submitted,
12
13  THOMAS P. O'BRIEN
    United States Attorney
14  SANDRA R. BROWN
15  Assistant United States Attorney
    Chief, Tax Division
16
17
18  GAVIN L. GREENE
    Assistant United States Attorney
19  Attorneys for United States of America
20
21
22
23
24
25
26
27
28