THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

E-FILED 1/22/09

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Gunter M. Zielke, et al.,<br><br>    Defendants. | Case No. CV07-05767 PSG (AJWx)<br><br>**CORRECTED**<br>[Proposed] Judgment Reducing Tax Assessments to Judgment<br><br>[No hearing required] |

   Based on the Stipulation to Reduce Tax Assessments to Judgment:

   1.   On September 5, 2007, the United States filed its Complaint to Reduce Federal Tax Assessments to Judgment, to Set Aside Fraudulent or Nominee Transfers and to Foreclose Federal Tax Liens on Real Property (Complaint).

1

2.   As of January 26, 2009, the balance due to the United States from Gunter and Prapapun Zielke is as follows:

| Tax Year | 1995 | 1996 |
|---|---|---|
| Taxable Income | 12,194.00 | 14,125.00 |
| Income Tax | 1,826.00 | 2,119.00 |
| Self Employment Tax | 5,773.00 | 6,410.00 |
| Total Tax | 7,599.00 | 8,529.00 |
| Delinquency Penalty | 1,139.85 | 1,279.35 |
| Failure to Pay Penalty | 1,899.75 | 2,132.25 |
| Accuracy Related Penalty | 1,519.80 | 1,705.80 |
| Interest to 1/26/09 | 14,982.87 | 14,135.89 |
| Balance Due as of 1/26/09 | 27,141.27 | 27,782.29 |

3.   Interest continues to accrue as allowed by law.

4.   The balance due to the United States, plus accrued penalties and interest, is reduced to judgment against Gunter and Prapapun Zielke, resolving the First Cause of Action in favor of the United States.

5.   Gunter and Prapapun Zielke are jointly and severally liable to the United States.

6. As between plaintiff United States of America, Gunter Zielke, and Prapapun Zielke, each party shall bear its own costs and attorney's fees in connection with this case.

**IT IS SO ORDERED.**

DATED: 1/21/09                  __**PHILIP S. GUTIERREZ**
                                        PHILIP S. GUTIERREZ
                                          United States District Judge

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America